IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LEON HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 22-1164-STA-jay |
| | ) |
| MARTIN POLICY DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND
ORDER OF DISMISSAL

Before the Court is the United States Magistrate Judge's Report and Recommendation that this matter be dismissed for failure to state a claim on which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with Plaintiff being given fourteen days in which to amend his complaint to attach a copy of his EEOC right-to-sue letter. (ECF No. 26.) The Magistrate Judge submitted his Report and Recommendation on July 12, 2023. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report. Plaintiff has failed to file any objections to the Magistrate Judge's Report within the requisite time.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record, the Court hereby **ADOPTS** the Report in its entirety.

This matter is hereby **DISMISSED**, and the Clerk of the Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

> **s/ S. Thomas Anderson**
> S. THOMAS ANDERSON
> UNITED STATES DISTRICT JUDGE
>
> Date:  August 2, 2023